```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUN 21 2017

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-641-JCM-LRL |
| Plaintiff, ) | |
| vs. ) | |
| DEANNE WILKIE ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#69), sentencing having been imposed on January 12, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NATIONAL PARK FOUNDATION
Amount of Restitution: $19,087.08

**Total Amount of Restitution ordered: $19,087.08\*\***
\*\* Joint and several with co-defendants Bobbie Wilkie and Frank Embrey

Dated this 20th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE